IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02574-BNB

LARRY J. RUSSOM,

      Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS (C.D.O.C.),
JOE ORTIZ,
JAMES JIMERSON,
JOSEPH HALLIGAN, and
PATRICIAN MOSHER,

      Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 5 2008

GREGORY C. LANGHAM
CLERK

---

## ORDER OF DISMISSAL

---

      Plaintiff, Larry J. Russom, is a prisoner in the custody of the Colorado
Department of Corrections who currently is incarcerated at the Buena Vista, Colorado,
correctional facility. He submitted to the Court **pro se** a Prisoner Complaint and a
Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

      On December 11, 2007, Magistrate Judge Boyd N. Boland granted the motion
pursuant to 28 U.S.C. § 1915 (2006), required Mr. Russom to pay the full amount of the
$350.00 filing fee in installments, and directed him to pay an initial partial filing fee of
$15.00 within thirty days or to show cause why he has no assets and no means by
which to pay the designated initial partial filing fee. The December 11 order warned Mr.
Russom that if he failed by the designated deadline to have the $15.00 initial partial
filing fee sent to the clerk of the Court or to show cause why he has no assets and no

means by which to pay the initial partial filing fee, the complaint would be dismissed without further notice.

Mr. Russom has failed within the time allowed to pay the $15.00 initial partial filing fee, to show cause why he is unable to do so, or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice for Plaintiff's failure within the time allowed to pay the initial partial filing fee of $15.00 or to show cause why he has no assets and no means by which to pay the designated initial partial filing fee.

DATED at Denver, Colorado, this **25** day of _____*January*_____, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02574-BNB

Larry J. Russom
Prisoner No. 114454
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211

     I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 1/25/08

GREGORY C. LANGHAM, CLERK

By:_____
             Deputy Clerk