IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02574-MSK-MEH

LARRY J. RUSSOM,

       Plaintiff,

v.

JAMES JIMERSON,
JOSEPH HALLIGAN, and
PATRICIA MOSHER,

       Defendants.

---

**ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN
EVIDENTIARY HEARINGS AND TRIALS**

---

IT IS ORDERED that, as to any exhibits and depositions used during evidentiary hearings

or trials, counsel for the parties shall retrieve the originals of such exhibits and depositions from

the Court following the evidentiary hearing or trial, and shall retain same for 60 days beyond the

later of the time to appeal or conclusion of any appellate proceedings. The Court will retain its

copy of the exhibits for the same time period after which the documents will be destroyed.

Dated this 18th day of March, 2008.

                    **BY THE COURT:**

                    *Marcia S. Krieger*

                    Marcia S. Krieger
                    United States District Judge