IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02574-MSK-MEH

LARRY J. RUSSOM,

    Plaintiff,

v.

JAMES JIMERSON,
JOSEPH HALLIGAN, and
PATRICIA MOSHER,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 2, 2008.**

    Plaintiff's Motion and Proposed Order Requesting the Court to Call Buena Vista Correctional Complex to Set Up Approval for Telephone Call [filed March 31, 2008; doc #31] is **granted in part and denied in part**. It is not the practice of this Court to "set up" telephone calls with correctional facilities for every hearing scheduled with an inmate. However, in this instance, the Court was able to confirm with the facility that the call will be made by the Plaintiff's case manager at the appropriate time for the Scheduling/Planning Conference.