IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02574-MSK-MEH

LARRY J. RUSSOM,

 Plaintiff,

v.

JAMES JIMERSON,
JOSEPH HALLIGAN, and
PATRICIA MOSHER,

 Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 3, 2008.**

 Plaintiff's Motion to Amend Complaint to Join Additional Defendants Pursuant to C.R.C.P. 20.13 [filed March 28, 2008; doc #28] is **denied without prejudice** for failure to submit a proposed Amended Complaint. *See Fogle v. Pierson*, 2006 WL 2309591 (D. Colo. Aug. 8, 2006) (citing *Zaidi v. Ehrlich*, 732 F.2d 1218, 1220 (5th Cir. 1984) (district court should have held motion to amend in abeyance pending submission of plaintiff's proposed amendment)).