IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02574-MSK-MEH

LARRY J. RUSSOM,

    Plaintiff,

v.

JAMES JIMERSON,
JOSEPH HALLIGAN, and
PATRICIA MOSHER,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 17, 2008.**

    Plaintiff's Motion to Amend Pleading [filed April 16, 2008; doc #42] is again **denied without prejudice** for failure to submit a proposed Amended Complaint. *See Fogle v. Pierson*, 2006 WL 2309591 (D. Colo. Aug. 8, 2006) (citing *Zaidi v. Ehrlich*, 732 F.2d 1218, 1220 (5th Cir. 1984) (district court should have held motion to amend in abeyance pending submission of plaintiff's proposed amendment)). The proposed Amended Complaint must comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure to give the opposing parties fair notice of the basis for the claims against them so that they may respond and to allow the court to conclude that the allegations, if proven, show that the plaintiff is entitled to relief. *See* February 8, 2008 Order, doc. #10.