IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02574-MSK-MEH

LARRY J. RUSSOM,

    Plaintiff,

v.

JAMES JIMERSON,
JOSEPH HALLIGAN, and
PATRICIA MOSHER,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 29, 2008.**

    Plaintiff's Motion to Clarify or Correct [filed May 23, 2008; doc #60] is **granted**. The Scheduling Order in this matter is amended as follows:

    "The parties by stipulation are limited to 25 Interrogatories, 25 Requests for Production, and 35 Requests for Admission."

    All other provisions of the Scheduling Order, entered May 9, 2008, remain the same.