IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02574-MSK-MEH

LARRY J. RUSSOM,

    Plaintiff,
v.

JAMES JIMERSON,
JOSEPH HALLIGAN, and
PATRICIA MOSHER,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 18, 2008.**

    Plaintiff's Motion to Correct, Modify or Amend Erroneous Civil Cover Sheet [Filed May 30, 2008; Docket #64] is **granted**. Plaintiff's Amended Complaint and Civil Cover Sheet is amended to reflect that Plaintiff is seeking relief only pursuant to 42 U.S.C. § 1983 for constitutional violations and not asserting any tort claims under state law.