IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02574-MSK-MEH

LARRY J. RUSSOM,

    Plaintiff,

v.

JAMES JIMERSON,
JOSEPH HALLIGAN, and
PATRICIA MOSHER,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, September 16, 2008.**

    Plaintiff's Motion for Status of the within case [filed September 15, 2008; docket #83] is **granted in part and denied in part**. The Clerk of the Court is directed to mail a copy of the docket sheet to Plaintiff so that he may know which motions are currently pending before the District Court. With respect to Plaintiff's request that the Court "not" dismiss his case, such request is currently pending in the form of dispositive motions before the District Court. With respect to Plaintiff's request that the Court "continue the stay of discovery pending the final litigation process in the Logan County District Court," this Court has no authority over such request and thus, the request is denied.