**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 07-cv-02574-CMA-MEH

LARRY J. RUSSOM,

    Plaintiff,

v.

JAMES JIMERSON,
JOSEPH HALLIGAN, and
PATRICIA MOSHER,

    Defendants.

**ORDER ADOPTING AND AFFIRMING MAY 19, 2008 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

This matter is before the Court on the recommendation by the Magistrate Judge that Plaintiff's third Motion to Amend Pleading (Doc. # 51) be denied.

Plaintiff has objected to this recommendation. In light of the objections, the Court has conducted the requisite *de novo* review of the motion, the recommendation and Plaintiff's objections. Based on this review, the Court has concluded that the Magistrate Judge's thorough and comprehensive analyses and recommendations are correct. Accordingly,

IT IS ORDERED that the May 19, 2008 Recommendation of United States Magistrate Judge (Doc. # 54) is ACCEPTED and, for the reasons cited therein, Plaintiff's Motion to Amend Pleading (Doc. # 51) is DENIED.

    DATED:  November  25 , 2008

                                             BY THE COURT:

                                             _____
                                             CHRISTINE M. ARGUELLO
                                             United States District Judge