IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02574-CMA-MEH

LARRY J. RUSSOM,

    Plaintiff,

v.

JAMES JIMERSON,
JOSEPH HALLIGAN, and
PATRICIA MOSHER,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 8, 2009.**

    Plaintiff's Motion for Clarification [filed January 7, 2009; docket #96] is **granted**. The January 29, 2009 Final Pretrial Conference was originally scheduled before District Judge Marcia Krieger. However, the case was reassigned to District Judge Christine Arguello on October 22, 2008, and the pretrial conference was vacated. In light of the current stay of proceedings, no pretrial conference has been rescheduled.